# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157705(123)

DEBORAH LYNN FOSTER,
      Plaintiff/Counter-Defendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counter-Plaintiff-
      Appellant.
_____/

SC: 157705
COA: 324853
Dickinson CC: 07-015064-DM

      On order of the Chief Justice, the motion of plaintiff/counter-defendant-appellee to extend the time for filing her answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before June 28, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2018



Clerk